**THE THATER LAW GROUP, P.C.**
M. LANI ESTEBAN-TRINIDAD
Nevada Bar No. 006967
6390 W. Cheyenne Ave., Ste. A
Las Vegas, Nevada 89108
Telephone: (702) 736-5297
Fax: (702) 736-5299
Attorney for Plaintiff,
JEANNIE L. MORELAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JEANNIE MORELAND, an individual;
              Plaintiff,
vs.

CROMWELL, LLC dba DRAI'S BEACH CLUB NIGHTCLUB, a Nevada Corporation; DRAIS AFTERHOURS LLC, a Nevada limited liability Company; DRAIS MANAGEMENT GROUP, LLC, A Nevada limited liability company; LIASON, LLC, A Nevada limited liability company; DOES 1 through 10 inclusive; ROES CORPORATIONS/ ENTITIES 1 through 10 inclusive,
              Defendants.

Case 2:15-cv-02492

**STIPULATION AND ORDER FOR DISMISSAL**

## STIPULATION AND ORDER FOR DISMISSAL

Pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure, Plaintiff Jeannie Moreland and Defendants DRAI'S BEACH CLUB NIGHT CLUB; DRAIS AFTERHOURS, LLC, DRAIS MANAGEMENT GROUP, LLC, LIASON, LLC, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs, except as otherwise agreed.

///
///
///
///

-1-

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise agreed.

DATED this ____ day of March, 2016.

| THE THATER LAW GROUP, P.C. | LEWIS ROCA ROTHGERBER CHRISTIE |
|---|---|
| By: _/s/ M. Lani Esteban-Trinidad_____<br>M. Lani Esteban-Trinidad<br>6390 W. Cheyenne Ave., Suite A<br>Las Vegas, Nevada 89108<br>Tel: (702) 736-5297<br>Fax: (702) 736-5299 | By: __/s/ Kristen Martini_____<br>Kristen Martini<br>50 West Liberty Street, Suite 410<br>Reno, Nevada 89501-1922<br>Tel: (775) 321-3446 |
| Attorney for Plaintiff | Attorneys for Defendant |

## ORDER

**IT IS SO ORDERED.**

DATED: March 4, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

-2-